The Honorable Ricardo S. Martinez
Trial Date: June 20, 2023

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

CLAUDIA CLEMENS,

    Plaintiff,

v.

SAMSUNG ELECTRONICS AMERICA, INC.,

    Defendant.

Case No. 2:22-cv-00722-RSM

**ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY-RELATED DEADLINES**

NOTED FOR CONSIDERATION:
December 19, 2022

THIS MATTER, having come before the undersigned judge of the above-entitled Court based on the foregoing stipulated motion, IT IS HEREBY ORDERED that the following discovery related deadlines in this matter are hereby EXTENDED as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Deadline for filing motions related to discovery and noted for reconsideration no later than the third Friday thereafter (*see* LCR 7(d) or LCR 37(a)(2)) | 1/23/2023 | 2/22/2023 |
| Discovery to be completed by | 2/21/2023 | 3/23/2023 |

DATED this 21st day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIP MOTION TO
EXTEND DISCOVERY DEADLINES - 1
Case No. 2:22-cv-00722-RSM

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

1  *Presented by:*

2

3

4  /s/Ryan P. Hammond
   Ryan P. Hammond, WSBA # 38888
5  rhammond@littler.com
   Breanne F. Lynch, WSBA # 55242
6  blynch@littler.com
   LITTLER MENDELSON, P.C.
7  One Union Square
   600 University Street, Suite 3200
8  Seattle, WA 98101.3122
   Phone: 206.623.3300
9  Fax:    206.447.6965

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIP MOTION TO
EXTEND DISCOVERY DEADLINES - 2
Case No. 2:22-cv-00722-RSM

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101.  I hereby certify that on December 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Stephen P. Connor, WSBA #14305
Anne-Marie E. Sargent, WSBA #27160
Derik R. Campos, WSBA #47374
CONNOR & SARGENT PLLC
921 Hildebrand Lane NE, Suite 240
Bainbridge Island, WA 98110
Tel: (206) 200-8744
steve@cslawfirm.net
aes@cslawfirm.net
derik@cslawfirm.net
rosanne@cslawfirm.net

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Executed on December 21, 2022, at Seattle, Washington.

/s/ *Karen Fiumano Yun*
Karen Fiumano Yun
kfiumano@littler.com
**LITTLER MENDELSON, P.C.**

4878-6050-2852.1 / 116494-1001

ORDER GRANTING STIP MOTION TO
EXTEND DISCOVERY DEADLINES - 3
Case No. 2:22-cv-00722-RSM

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300