The Honorable Ricardo S. Martinez
Trial Date: June 20, 2023

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

CLAUDIA CLEMENS,

    Plaintiff,

v.

SAMSUNG ELECTRONICS AMERICA, INC.,

    Defendant.

Case No. 2:22-cv-00722-RSM

**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL DEADLINES**

THIS MATTER, having come before the Court on the parties' Stipulated Motion to Continue Trial and Extend Pretrial Deadlines, and the Court having reviewed the motion, the Court hereby GRANTS Stipulated Motion to Continue Trial and Extend Pretrial deadlines.

IT IS HEREBY ORDERED that trial in this case, currently scheduled for June 20, 2023, is hereby continued until September 25, 2023, and the pre-trial deadlines, including the deadlines for dispositive motions, mediation, motions in limine, agreed pretrial order, and trial briefs, proposed voir dire, proposed jury instructions and trial exhibits for are hereby extended at least 90 days; and

IT IS HEREBY FURTHER ORDERED that the Clerk of the Court shall issue a new Minute Order Setting Trial Date and Related Dates that is consistent with this Order.

//

//

//

//

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL AND EXTEND PRETRIAL DEADLINES - 1
Case No. 2:22-cv-00722-RSM

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

DATED this 10th day of February, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Presented by:*

/s/ Breanne F. Lynch
Ryan P. Hammond, WSBA # 38888
rhammond@littler.com
Breanne F. Lynch, WSBA # 55242
blynch@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300
Fax:    206.447.6965

Attorneys for Defendant
SAMSUNG ELECTRONICS AMERICA, INC.


/s/ Derik R. Campos
Stephen P. Connor, WSBA #14305
Anne-Marie E. Sargent, WSBA #27160
Derik R. Campos, WSBA #47374
CONNOR & SARGENT PLLC
921 Hildebrand Lane NE, Suite 240
Bainbridge Island, WA 98110
Tel: (206) 200-8744
steve@cslawfirm.net
aes@cslawfirm.net
derik@cslawfirm.net
rosanne@cslawfirm.net

Attorneys for Plaintiff
CLAUDIA CLEMENS

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL AND EXTEND PRETRIAL DEADLINES - 2
Case No. 2:22-cv-00722-RSM

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101.  I hereby certify that on February 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Stephen P. Connor, WSBA #14305
Anne-Marie E. Sargent, WSBA #27160
Derik R. Campos, WSBA #47374
CONNOR & SARGENT PLLC
921 Hildebrand Lane NE, Suite 240
Bainbridge Island, WA 98110
Tel: (206) 200-8744
steve@cslawfirm.net
aes@cslawfirm.net
derik@cslawfirm.net
rosanne@cslawfirm.net

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Executed on February 10, 2023, at Seattle, Washington.

/s/*Liana Natividad*
Liana Natividad
lnatividad@littler.com
**LITTLER MENDELSON, P.C.**

4890-3278-0621.1 / 116494-1001

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL AND EXTEND PRETRIAL DEADLINES - 3
Case No. 2:22-cv-00722-RSM

Littler Mendelson, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300